UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PENN TREATY HOMES LLC | : | Case No. 21-11471-MDC |
| PENN TREATY HOMES LLC | : | |
| | : | Chapter 7 |
| **Debtors** | : | |
| | : | |

ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 2nd day of August 2023, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge